MARGARET MCGOWAN BENNETT, Appellant;    JAMES EDWARD JOHNSON, Respondent.

Appeal from a decree of the Surrogate's Court, entered on the 24th day of February, 1910, admitting a will to probate.

PER CURIAM:   A consideration of the record in this case satisfies us that the matter is a proper one in which the question as to whether or not the November will was actually executed by the decedent should be submitted to a jury.    The decree is, therefore, reversed and a trial before a jury at Trial Term of the Supreme Court is directed, with costs to the appellant to abide the event.    Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ.    Clarke, J., dissented. Decree reversed and jury trial ordered, costs to appellant to abide event.

---

JOHN H. ROGAN, as Executor, etc., of PATRICK HALL, Deceased, Respondent, v. METROPOLITAN SAVINGS BANK, Impleaded with WILLIAM J. MOORE, as Administrator, etc., of CATHERINE T. MOORE, Deceased, Appellant.

Appeal from a judgment entered on the 19th day of April, 1910, upon a decision after a trial at Special Term.

PER CURIAM: The judgment should be affirmed, with costs, on the authority of *Matter of Totten* (179 N. Y. 112) and *Matter of United States Trust Co.* (117 App. Div. 178; affd. on opinion of Scott, J., 189 N. Y. 500).   Present — Ingraham, P. J., Laughlin, Clarke, Scott and Miller, JJ.    Judgment affirmed, with costs, on the authority of *Matter of Totten* (179 N. Y. 112) and *Matter of United States Trust Co.* (117 App. Div. 178; affd. on opinion of Scott, J., 189 N. Y. 500).